# MINUTE ORDER

Page 6

## Magistrate Judge Andrea M. Simonton

King Building Courtroom 10-6      Date: 12/7/2018   Time: 2:00 p.m.

Defendant: TEVIN LAING      J#: 17851-104   Case #: 18-3744-Simonton
AUSA: John Gonsoulin      Attorney: AFPD Kate Taylor
Violation: FELON IN POSSESSION OF A WEAPON      Surr/Arrest Date: 12/6/2018   YOB: 1992

Proceeding: Initial Appearance      CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No      Recommended Bond:
Bond Set at: Temp PTD      Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
- Deft advised of rights and charges
- Deft sworn
- Court appts AFPD
- Gvt rec PTD/risk & dange

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD)/Bond Hearing: 12/14   10a   Duty   MJA
(Prelim/Arraign) or Removal: 12/21   11   //   //
Status Conference RE:
D.A.R. 14:11:32/14:58:59/15:58:47      Time in Court: 6 mins

s/Andrea M. Simonton
Magistrate Judge