# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 18-MJ-3744-SIMONTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

vs.

**TEVIN D. LAING,**

        **Defendant.**

_____/

## DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The Defendant, TEVIN D. LAING does hereby invoke his rights to remain silent and to Counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at Trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the *United States Sentencing Guidelines*, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials or employees associated with the investigation of any matters relating to the defendant. It is respectfully requested that any contact with the Defendant must be made through undersigned Counsel.

Respectfully submitted,

/s/ *Jason W. Kreiss*
JASON W. KREISS, ESQ.
Florida Bar Number: 87912
1824 SE 4th Avenue
Fort Lauderdale, Florida 33316
Phone: 954-525-1971
Fax: 954-525-1978
Email: jwk@kreisslaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion has been furnished by CM/ECF to all counsel of record on this 10th day of December 2018.

/s/ *Jason W. Kreiss*
Jason Wyatt Kreiss, Esq.