# COURT MINUTES
## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse – 11th Floor     Date: 12/14/18     Time: 10:00 a.m.

Defendant: Tevin D. Laing     J#: 17851-104     Case #: 18-3744-Simonton
AUSA: Jonathan Osborne     Attorney: Afpd – Christian Dunham/Todd Onore/Jason Kreiss
Violation: Consp/PWID/Cont/Subs; Use/Firearm/Drug-Traff; Poss/Firearm/Ammo/Conv/Felon
Proceeding: Detention     CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: Temp. Ptd
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Todd Onore/Jason Kreiss-Temp.
P/A 12/21/18

**STIP PTD w/right to revisit; special conditions to be set at nebbia satisfaction (no hrg. held); Court sets**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 12/21/18    10:00 a.m.    Duty/Miami
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:08:23     Time in Court: 4 mins